IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEGEND CONSTRUCTION SERVICES, INC., an Illinois corporation. <br><br> Defendant. | No. 20-cv-5843 <br><br> Judge Leinenweber |

ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of the Plaintiffs and against the Defendant Legend Construction, Services, Inc. in the amount of $3,176.00. The judgment amount is limited to the audit period from October 1, 2018 through March 31, 2021.

2. This is a final and appealable order.

Enter: _____

Hon. Harry D. Leinenweber

Date    April 21, 2022

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601  (312)236-0415